# In the United States Court of Federal Claims

No. 20-1025 T
(Filed: February 10, 2021)

```
* * * * * * * * * * * * * * * * *  *
                                   *
BRIAN BOGOSIAN and                 *
LISA REYNOLDS BOGOSIAN,            *
                                   *
              Plaintiffs,          *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## SCHEDULING ORDER

The Court has reviewed the Joint Preliminary Status Report (ECF No. 12), and it hereby adopts the schedule proposed therein:

- **June 11, 2021**: Plaintiffs shall file a second amended complaint, if necessary;
- **October 15, 2021**: Completion of fact discovery;
- **November 15, 2021**: Opening expert reports due;
- **December 15, 2021**: Rebuttal expert reports due;
- **February 1, 2022**: Completion of expert discovery.

The parties shall file a joint status report with the Court after the completion of expert discovery.

IT IS SO ORDERED.

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge